**QUALITY WOOD CHIPS, INC., Appellant,**

v.

**Peggy CALDARELLO, et al., Respondents.**

**No. WD 39284.**

Missouri Court of Appeals, Western District.

Oct. 6, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Application to Transfer Denied Jan. 20, 1988.

Weldon W. Perry, Jr., Lexington, for appellant.

F.A. White, Jr., McFadin, White and Fincham, Kansas City, for respondents.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from refusal to order judgment debtors to answer questions after asserting their Fifth Amendment rights.

Affirmed.   Rule 84.16(b).